SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
CONCORD HOTEL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CONCORD HOTEL LLC, dba CROWNE PLAZA-WALNUT CREEK; and DOES 1-10, inclusive.<br><br>             Defendants. | Case No. 3:18-cv-06666 JSC<br><br>**DEFENDANT CONCORD HOTEL LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>Complaint Filed: November 1, 2018<br>_____ |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Concord Hotel LLC, respectfully advise the Court as follows:

1. Defendant is a limited liability company.

2. Defendant is wholly owned by a limited partnership.

3. No publicly held corporation owns 10% or more of Concord Hotel LLC's stock.

| | | |
|---|---|---|
| 1 | DATED: March 5, 2019 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |

By: */s/ Kristina M. Launey*
   Kristina M. Launey
   Attorney for Defendant
   CONCORD HOTEL LLC

DEFENDANT CONCORD HOTEL LLC'S CORPORATE DISCLOSURE STATEMENT
54679850v.1